No. 04–935. SOUTH CAROLINA *v.* MICHAEL H. Sup. Ct. S. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–937. SOUTH CAROLINA *v.* VON DOHLEN. Sup. Ct. S. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–8638. IN SOO CHUN *v.* BUSH, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari before judgment denied.